IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA L. PETER,<br><br>    Plaintiff,<br><br>vs.<br><br>YORK, CITY OF, Nebraska;<br><br>    Defendant. | 4:12CV3169<br><br>MEMORANDUM AND ORDER |

  IT IS ORDERED that the final progression order is amended as follows:

1)  The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **August 27, 2013**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at commencement of trial.

2)  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 13, 2013** at **1:30 p.m.**, in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 12, 2013.

3)  The deadline for filing motions to dismiss and motions for summary judgment is April 23, 2013.

4)  All other deadlines within the court's prior scheduling order are unchanged.

February 14, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge